DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN ANTHONY WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1640

[August 19, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2011-CF-006736-CXXX-MB.

Sean Anthony Wilson, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***